UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOLINA HEALTHCARE INC.,

, 

        Plaintiff<< (s) >>,

  v.

JAZZ PHARMACEUTICALS, INC., et al.,

,

        Defendant<< (s) >>.

Case No. 4:21-cv-07935-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Noelle-Kristen Ruggiero , an active member in good standing of the bar of N.Y. A.D. 2d Department , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Molina Healthcare Inc. in the above-entitled action. My local co-counsel in this case is Todd M. Schneider , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 158253 .

Lowey Dannenberg, P.C., 44 S. Broadway, Ste 1100, White Plains, NY 10601

MY ADDRESS OF RECORD

(914) 997-0500

MY TELEPHONE # OF RECORD

nruggiero@lowey.com

MY EMAIL ADDRESS OF RECORD

Schneider Wallace Cottrell Konecky LLP, 2000 Powell St., Ste 1400, Emeryville, CA 94608

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 421-7100

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tschneider@schneiderwallace.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4952016 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  November 9, 2021                                    Noelle-Kristen Ruggiero

5                                                                              APPLICANT

6

7

8                              ORDER GRANTING APPLICATION

9                        FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Noelle-Kristen Ruggiero     is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:          11/10/2021

16

17                              _____Haywood S. Gill, Jr._____

18                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

I, *Maria T. Fasulo*, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Noelle-Kristen Frances Ruggiero

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 14, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 8, 2021.

*Maria T. Fasulo*

*Acting Clerk of the Court*

*CertID-00039754*