UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOLINA HEALTHCARE INC.,

Plaintiff<< (s) >>,

v.

JAZZ PHARMACEUTICALS, INC., et al,

Defendant<< (s) >>.

Case No. 4:21-cv-07935-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Uriel Rabinovitz, an active member in good standing of the bar of N.Y. A.D. 1st Department, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Molina Healthcare Inc. in the above-entitled action. My local co-counsel in this case is Todd M. Schneider, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 158253.

| | |
|---|---|
| Lowey Dannenberg, P.C., 44 S. Broadway, Ste 1100, White Plains, NY 10601 | Schneider Wallace Cottrell Konecky LLP, 2000 Powell St., Ste 1400, Emeryville, CA 94608 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (914) 997-0500 | (415) 421-7100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| urabinovitz@lowey.com | tschneider@schneiderwallace.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4899555.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court   1   times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2021          Uriel Rabinovitz
                                 APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Uriel Rabinovitz  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:     11/10/2021

                                 _Haywood S. Gilliam Jr._
                                 UNITED STATES DISTRICT JUDGE

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Uriel Rabinovitz

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 23, 2011, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

December 7, 2020

Clerk of the Court

8712